# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARCHBISHOP BERNADINE TURNER
AND ARCHBISHOP JOCITA
WILLIAMS

NO.    2021 CW 1149

VERSUS

KLIEMAR, LLC

**SEPTEMBER 28, 2021**

---

In Re:    Archbishop  Bernadine  Turner  and  Archbishop  Jocita
Williams,    applying    for    supervisory    writs,    19th
Judicial  District  Court,  Parish  of  East  Baton  Rouge,
No. 707615.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.**  This writ application fails to comply
with the Uniform Rules of the Louisiana Courts of Appeal.  It
fails to comply with Rule 4-5(C), which requires an index of all
items contained in the application, a concise statement of the
grounds on which jurisdiction of this court is invoked, a
concise statement of the case, the issues and questions of law
presented, assignments of error, a copy of the judgment, order
or ruling complained of, a copy of each pleading on which the
judgment or ruling is founded, a copy of any opposition or a
statement that no opposition was filed, a copy of pertinent
court minutes, the notice of intent and return date order.

Supplementation    of    this    writ    application    and/or    an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relators seek to file a new writ application,
it  must  contain  all  pertinent  documentation,  including  the
missing items noted above, and must comply with Uniform Rules of
Louisiana Court of Appeal, Rule 2-12.2.  Any new application
must be filed on or before October 12, 2021, and must contain a
copy of this ruling.

**JMM**
**WIL**
**EW**


COURT OF APPEAL, FIRST CIRCUIT


_____
DEPUTY CLERK OF COURT
FOR THE COURT